UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY LYNN CULTON,<br><br>　　　　Petitioner,<br><br>v.<br><br>GAIL LEWIS, WARDEN,<br><br>　　　　Respondent. | 1:03-cv-06446-OWW-DLB-HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 23)<br><br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**ORDER DIRECTING CLERK TO ENTER JUDGMENT** |

　　　Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

　　　On July 25, 2005, the Magistrate Judge filed Findings and Recommendations that the Petition for Writ of Habeas Corpus be DENIED, and that he Clerk of Court be directed to enter judgment in favor of Respondent.  These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order.  On August 17, 2005, Petitioner filed objections to the Findings and Recommendations.

//

/

1

1    In accordance with the provisions of 28 U.S.C. § 636
2 (b)(1)(C), this Court has conducted a *de novo* review of the case.
3 Having carefully reviewed the entire file, including Petitioner's
4 objections, the Court concludes that the Magistrate Judge's
5 Findings and Recommendations are supported by the record and proper
6 analysis.  Petitioner's objections present no grounds for
7 questioning the Magistrate Judge's analysis.
8    Accordingly, IT IS HEREBY ORDERED that:
9    1.   The Findings and Recommendations, filed July 25, 2005, is
10 ADOPTED IN FULL;
11   2.   The Petition for Writ of Habeas Corpus is DENIED; and,
12   3.   The Clerk of Court enter judgment in favor of Respondent.
13 IT IS SO ORDERED.

**Dated:   September 1, 2005**             **/s/ Oliver W. Wanger**
emm0d6                                     UNITED STATES DISTRICT JUDGE

2