FILED
2005 NOV -2 A 8: 31
CLERK, US DIST COURT
EASTERN DIST OF CALIF
BY_____ uk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

TERRY LYNN CULTON,

vs.

GAIL LEWIS, Warden,

_____/

ORDER RE: CERTIFICATE OF APPEALABILITY

CV-F-03-6446 OWW/DLB HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____  Granted for the following reason:

_____
_____
_____
_____

  X    Denied for the following reason:
STATE INSTRUCTIONAL ERROR AND ALLEGED FAILURE TO DEVELOP THIRD PARTY CULPABILITY EVIDENCE DO NOT RAISE ISSUES DEBATABLE AMONG JURISTS OF REASON.

Dated: 11-1-05

_____
OLIVER W. WANGER
United States District Judge