# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY LYNN CULTON, | CV F 03-6446 OWW DLB HC |
|     Petitioner, | ORDER REGARDING PETITIONER'S REQUEST FOR IN FORMA PAUPERIS STATUS ON APPEAL |
|     v. | [Doc. 33] |
| GAIL LEWIS, WARDEN, | |
|     Respondent. | |

On September 6, 2005, Petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 was denied and judgment was entered in favor of Respondent. The case is currently on appeal to the United States Court of Appeals for the Ninth Circuit.

On December 8, 2005, Petitioner submitted a request to proceed in forma pauperis on appeal as he is indigent and unable to pay the filing fee on appeal.

A party who was permitted to proceed in forma pauperis in the district court may proceed in forma pauperis on appeal without further authorization unless the district court certifies that the appeal is not taken in good faith. <u>See</u> Fed. R. App. Pro. 24(a)(3). In this case, Petitioner paid the filing fee, and therefore did not proceed in this Court in forma pauperis. Thus, Petitioner is not automatically entitled to proceed in forma pauperis on appeal.

Rule 24(a)(1) of the Federal Rules of Appellate Procedure states that a party who desires to appeal in forma pauperis must file a motion in the district court, and attach to that motion a completed application to proceed in forma pauperis. Here, Petitioner did not submit an

application to proceed in forma pauperis accompanied by a certified copy of Petitioner's prison trust account. <u>See</u> 28 U.S.C. 1914(a); 1915 (a). The Court, however, will provide Petitioner with the opportunity to submit the appropriate application and certified copy of Petitioner's prison trust account.

    Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court is directed to send Petitioner an application to proceed in forma pauperis;

2. Within thirty (30) days from the date of service of this order, Petitioner shall submit a complete in forma pauperis and certified copy of his prison trust account or pay the required filing fee; and

3. The Clerk of Court is directed to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

**Dated:** **December 19, 2005**          /s/ Oliver W. Wanger
emm0d6                                        UNITED STATES DISTRICT JUDGE